**Order entered February 10, 1015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00224-CR
No. 05-14-00225-CR
No. 05-14-00226-CR

**WILLIAM PAUL HUDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82440-2011**

## ORDER

Appellant William Paul Hudson's February 10, 2015 motion for waiver of oral argument in the above-numbered appeals is **GRANTED**. Additionally, in response to a communication from the clerk's office, the Collin County District Attorney's Office has also represented that it wishes to waive oral argument. Accordingly, these appeals will be submitted on the briefs.

/s/    MOLLY FRANCIS
PRESIDING JUSTICE